IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| GEORGIA PECAN COMPANY LLC | : | NO. 14-10333-AEC |
| | : | |
| Debtor | : | CHAPTER 7 Proceeding |

_____

**NOTICE OF MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS**
_____

The Chapter 7 Bankruptcy Trustee in the above case, Walter W. Kelley filed a motion to sell the following property of the bankruptcy estate: property including, but not limited to, farm implements and equipment, goods and furnishings more particularly described in Exhibit A of the motion to sell. The Trustee desires to sell the above property by private sale to MD & ED Roberts through Rowell Auctions, Inc., for a purchase price of $30,000. The auctioneer's fee is a 10% buyer's premium.

**IF YOU WANT TO INSPECT THE ABOVE PROPERTY OR MAKE A PURCHASE OFFER ON THE PROPERTY, CONTACT THE TRUSTEE'S ATTORNEY, SHOWN BELOW.**

YOUR RIGHTS MAY BE AFFECTED. READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE **FEBRUARY 9, 2015.** THE OBJECTION/RESPONSE SHOULD BE SENT TO **CLERK OF THE COURT, U. S. BANKRUPTCY COURT, P.O. BOX 1957, MACON, GEORGIA   31202.** IF A RESPONSE/OBJECTION IS FILED, A HEARING WILL BE HELD ON **MARCH 11, 2015, AT 2:00 P.M. AT THE C.B. KING U.S. COURTHOUSE, 2nd FLOOR, 201 BROAD AVENUE, ALBANY, GEORGIA.**

IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE. ANY RESPONSE OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE SALE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

This 14th day of January, 2015.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
Post Office Box 70879,
Albany, Georgia   31708
Tel: 229-888-9128 dballard@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| GEORGIA PECAN COMPANY LLC | : | NO. 14-10333-AEC |
| | : | |
| Debtor | : | CHAPTER 7 Proceeding |

___

**TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS**

___

COMES NOW Walter W. Kelley, Chapter 7 Trustee and shows as follows:

-1-

This motion is brought under 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

-2-

The Debtor filed a voluntary Chapter 7 petition on March 14, 2014. Walter W. Kelley is the Trustee in this case.

-3-

The Debtor owns property including, but not limited to, farm implements and equipment, goods and furnishings more particularly described in Exhibit A. The property could possibly be subject to a lien in favor of MCA Fixed Payment, LLC and other lienholders.

-4-

The Trustee desires to sell the above property by to MD & ED Roberts through Rowell Auctions, Inc. for a purchase price of $30,000. The sale or auctioneer's fee is a 10% buyer's premium.

-5-

The sale of the property is to be "as is," "where is" with all faults and subject to any security interest, lien or other claim.

**WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER**:

(a) allowing the above-described sale;

(b) authorizing the Trustee to sell the debtor's interest in the above property subject to liens and other claims and to permit the Trustee to pay valid liens and other claims at closing;

(c) allowing direct payment of compensation to Rowell Auctions, Inc. (after Court approval) at closing from the sale proceeds;

(d) allowing the Trustee, in his discretion to later reject this offer if it becomes apparent this sale is not in the best interest of the estate; and

(e) for such other and further relief as the Court deems just and proper.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
Post Office Box 70879
Albany, Georgia   31708
Tel: 229-888-9128
dballard@kelleylovett.com

9702973  Georgia Pecan Company, LLC  
80-0755280  
FYE: 12/31/2014

## Book Asset Detail   1/01/14 - 12/31/14

03/21/2014  10:49 AM  
Page 1

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Group: Building**

| 18 | | Building | 8/24/12 | 131,399.60 | 0.00 | | 0.00 | 4,492.29 | 3,369.22 | 7,861.51 | 123,538.09 | S/L | 39.0 |
| 19 | | Concrete Docks | 9/14/12 | 14,318.13 | 0.00 | | 0.00 | 1,272.72 | 954.54 | 2,227.26 | 12,090.87 | S/L | 15.0 |
| 20 | | Fencing | 11/05/12 | 12,070.00 | 0.00 | | 0.00 | 938.78 | 804.67 | 1,743.45 | 10,326.55 | S/L | 15.0 |
| 21 | | A/C Unit & Duct Work | 11/29/12 | 7,946.78 | 0.00 | | 0.00 | 573.94 | 529.79 | 1,103.73 | 6,843.05 | S/L | 15.0 |
| 24 | | Lighting | 10/15/12 | 91,600.54 | 0.00 | | 0.00 | 7,633.38 | 6,106.70 | 13,740.08 | 77,860.46 | S/L | 15.0 |
| 28 | | Plumbing Upgrades | 11/20/12 | 2,406.24 | 0.00 | | 0.00 | 173.79 | 160.42 | 334.21 | 2,072.03 | S/L | 15.0 |
| 30 | | Rollup Doors | 9/21/12 | 5,151.03 | 0.00 | | 0.00 | 919.83 | 735.86 | 1,655.69 | 3,495.34 | S/L | 7.0 |
| 32 | | Security System | 10/15/12 | 12,641.00 | 0.00 | | 0.00 | 2,257.32 | 1,805.86 | 4,063.18 | 8,577.82 | S/L | 7.0 |
| 37 | | Various Fixtures | 9/02/12 | 15,000.00 | 0.00 | | 0.00 | 1,333.33 | 1,000.00 | 2,333.33 | 12,666.67 | S/L | 15.0 |
| 39 | | Gutters | 4/22/13 | 1,200.00 | 0.00 | | 0.00 | 53.33 | 80.00 | 133.33 | 1,066.67 | S/L | 15.0 |
| | | **Building** | | 293,733.32 | 0.00c | | 0.00 | 19,648.71 | 15,547.06 | 35,195.77 | 258,537.55 | | |

**Group: Machinery & Equipment**

| 1 | | Clark Diesel Fork Lift | 6/01/11 | 5,500.00 | 0.00 | | 0.00 | 1,964.42 | 785.71 | 2,750.13 | 2,749.87 | S/L | 7.0 |
| 2 | | Pallet Jack | 6/01/11 | 350.00 | 0.00 | | 0.00 | 125.00 | 50.00 | 175.00 | 175.00 | S/L | 7.0 |
| 3 | | White Poly Bags | 9/01/11 | 1,860.00 | 0.00 | | 0.00 | 597.42 | 265.71 | 863.13 | 996.87 | S/L | 7.0 |
| 4 | | Buffers Absorpoles | 9/01/11 | 1,971.00 | 0.00 | | 0.00 | 633.14 | 281.57 | 914.71 | 1,056.29 | S/L | 7.0 |
| 5 | | Pecan Cleaning Plant-See List | 9/01/11 | 67,000.00 | 0.00 | | 0.00 | 21,535.86 | 9,571.43 | 31,107.29 | 35,892.71 | S/L | 7.0 |
| 6 | | Steinlight Moisture Meter | 9/01/11 | 2,800.00 | 0.00 | | 0.00 | 900.00 | 400.00 | 1,300.00 | 1,500.00 | S/L | 7.0 |
| 7 | | Hand Held Sewing Machines | 9/01/11 | 1,550.00 | 0.00 | | 0.00 | 497.86 | 221.43 | 719.29 | 830.71 | S/L | 7.0 |
| 8 | | White Poly Bags | 9/01/11 | 1,800.00 | 0.00 | | 0.00 | 578.28 | 257.14 | 835.42 | 964.58 | S/L | 7.0 |
| 9 | | Goolsby Pop Remover | 9/01/11 | 3,500.00 | 0.00 | | 0.00 | 1,125.00 | 500.00 | 1,625.00 | 1,875.00 | S/L | 7.0 |
| 10 | | Elevator with Motor Mount | 9/01/11 | 2,800.00 | 0.00 | | 0.00 | 900.00 | 400.00 | 1,300.00 | 1,500.00 | S/L | 7.0 |
| 11 | | Bratcher Pneumatic Sewing Machin | 10/01/11 | 9,500.00 | 0.00 | | 0.00 | 3,053.28 | 1,357.14 | 4,410.42 | 5,089.58 | S/L | 7.0 |
| 12 | | Floor Scales | 10/01/11 | 2,400.00 | 0.00 | | 0.00 | 771.72 | 342.86 | 1,114.58 | 1,285.42 | S/L | 7.0 |
| 13 | | Bratcher Bagging Scales | 10/01/11 | 15,700.00 | 0.00 | | 0.00 | 5,046.72 | 2,242.86 | 7,289.58 | 8,410.42 | S/L | 7.0 |
| 14 | | Building Addition | 10/01/11 | 11,500.00 | 0.00 | | 0.00 | 650.74 | 294.87 | 945.61 | 10,554.39 | S/L | 39.0 |
| 15 | | Retail Office Fixtures | 10/01/11 | 33,500.00 | 0.00 | | 0.00 | 10,767.42 | 4,785.71 | 15,553.13 | 17,946.87 | S/L | 7.0 |
| 16 | | Meyer Electric Sizer | 11/01/11 | 1,200.00 | 0.00 | | 0.00 | 385.86 | 171.43 | 557.29 | 642.71 | S/L | 7.0 |
| 17 | | Dock Plate | 12/01/11 | 650.00 | 0.00 | | 0.00 | 208.72 | 92.86 | 301.58 | 348.42 | S/L | 7.0 |
| 22 | | Bagging Equipment | 7/07/12 | 37,000.00 | 0.00 | | 0.00 | 10,571.42 | 5,285.71 | 15,857.13 | 21,142.87 | S/L | 7.0 |
| 23 | | Cleaning Plant Equipment | 6/30/12 | 42,150.00 | 0.00 | | 0.00 | 9,032.14 | 6,021.43 | 15,053.57 | 27,096.43 | S/L | 7.0 |
| 25 | | Roll Sizer | 2/08/12 | 2,000.00 | 0.00 | | 0.00 | 547.61 | 285.71 | 833.32 | 1,166.68 | S/L | 7.0 |
| 26 | | Fax & Copy Machine | 11/01/12 | 2,500.00 | 0.00 | | 0.00 | 583.33 | 500.00 | 1,083.33 | 1,416.67 | S/L | 5.0 |
| 27 | | Pecan Sizer | 8/17/12 | 1,500.00 | 0.00 | | 0.00 | 285.72 | 214.29 | 500.01 | 999.99 | S/L | 7.0 |
| 29 | | Used Truck Purchase | 10/24/12 | 4,000.00 | 0.00 | | 0.00 | 933.33 | 800.00 | 1,733.33 | 2,266.67 | S/L | 5.0 |
| 31 | | Rotatiller/Propane Gun | 9/27/12 | 400.00 | 0.00 | | 0.00 | 71.43 | 57.14 | 128.57 | 271.43 | S/L | 7.0 |
| 33 | | Trailer | 2/08/12 | 1,750.00 | 0.00 | | 0.00 | 479.17 | 250.00 | 729.17 | 1,020.83 | S/L | 7.0 |
| 34 | | Used Forklift | 12/27/12 | 8,500.00 | 0.00 | | 0.00 | 1,214.29 | 1,214.29 | 2,428.58 | 6,071.42 | S/L | 7.0 |
| 35 | | Champion Sizing Unit | 9/02/12 | 9,000.00 | 0.00 | | 0.00 | 1,714.28 | 1,285.71 | 2,999.99 | 6,000.01 | S/L | 7.0 |
| 36 | | Floor Scales | 9/02/12 | 3,800.00 | 0.00 | | 0.00 | 723.81 | 542.86 | 1,266.67 | 2,533.33 | S/L | 7.0 |
| 38 | | 2003 Nissian Forklift | 2/12/13 | 7,381.25 | 0.00 | | 0.00 | 966.59 | 1,054.46 | 2,021.05 | 5,360.20 | S/L | 7.0 |
| 40 | | JLG Scissor Lift | 6/01/13 | 12,000.00 | 0.00 | | 0.00 | 1,000.00 | 1,714.29 | 2,714.29 | 9,285.71 | S/L | 7.0 |
| | | **Machinery & Equipment** | | 295,562.25 | 0.00c | | 0.00 | 77,864.56 | 41,246.61 | 119,111.17 | 176,451.08 | | |

9702973 Georgia Pecan Company, LLC  
80-0755280  
FYE: 12/31/2014

## Book Asset Detail 1/01/14 - 12/31/14

03/21/2014 10:49 AM  
Page 2

| Asset d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Grand Total** | | 589,295.57 | 0.00 | c | 0.00 | 97,513.27 | 56,793.67 | 154,306.94 | 434,988.63 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| GEORGIA PECAN COMPANY LLC | : | NO. 14-10333-AEC |
| | : | |
| Debtor | : | CHAPTER 7 Proceeding |

___

**CERTIFICATE OF SERVICE**

___

    I hereby certify that I have furnished a true copy of the **TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS** *and* **NOTICE** to those listed below by either court's electronic mail system, regular electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery, this 14th day of January, 2015.

Georgia Pecan Company LLC
C/o Scott And Janice Craft Po Box 2916
Broken Arrow, OK 74013
[VIA U.S. MAIL]

Joycelyn Curry, Esq.
3300 Buckeye Road, Ste 320
Atlanta, GA 30341
ATTORNEY FOR DEBTOR(S)
jcurry@jcurrylaw.com
[VIA U.S. MAIL and ECF]

Mark A. Gilbert, Esq.
Attorney for MCA Fixed Payment, LLC
Coleman Talley, LLP
P.O. Box 5437
Valdosta, GA 31603-5437
[VIA U.S. MAIL and ECF]

ELIZABETH A. HARDY, Esq.
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

[VIA ECF]

THOSE LISTED ON EXHIBIT 'B'
(Notice only)
[VIA U.S. MAIL]

    s/ David S. Ballard
    DAVID S. BALLARD
    Attorney for Chapter 7 Trustee

| | | |
|---|---|---|
| CARR, RIGGS & INGRAM<br>PO BOX 7650<br>TIFTON, GA 31793-7650 | Georgia Pecan Company, LLC<br>c/o Mr. & Mrs. Craft, member of the LLC<br>PO Box 2916<br>Broken Arrow, OK 74013-2916 | Kelley, Lovett & Blakey, P.C.<br>P O Box 70879<br>Albany, GA 31708-0879 |
| CHARLES BOWMAN & COMPANY<br>3328 JOHN F. DONNELLY DRIVE<br>HOLLAND , MI 49424-9294 | GUANGXI BEITOU THANGLONG<br>C/O TAYLOR, ENGLISH, DUMA LLP<br>1600 PARKWOOD CIRCLE<br>SUITE 400<br>ATLANTA , GA 30339-2119 | MARCUS & PARTNERS INC<br>3030 ASHBY AVENUE<br>SUITE 102<br>BERKLEY, CA 94705-2439 |
| Colony Bank<br>P.O. Box 989<br>Fitzgerald, GA 31750-0989 | GUANGXI BEITOU THANGLONG<br>C/O SCHMIDT LLC<br>666 THIRD AVENUE<br>30TH FLOOR<br>NEW YORK, NY 10017-4011 | MARKETSHARE PUBLICATIONS INC<br>7171 W 95TH STREET<br>SUITE 600<br>OVERLAND PARK, KS 66212-2300 |
| COLONY BANK<br>PO BOX 867<br>FITZGERALD, GA 31750-0867 | HAMAMA MERI TRADING LTD<br>18 MORESHET ISRAEL<br>RISHON LEZION, 75755 ISRAEL | MERCHANTS CAPITAL ACCESS<br>525 BROADHOLLOW ROAD<br>SUITE 200<br>MELVILLE , NY 11747-3718 |
| Colony Bank<br>c/o David M. Wolfson<br>1010 Williams Street<br>Valdosta, Georgia 31601-4039 | Heartland Ag Business Group<br>Marcus & Partners, Inc.<br>3030 Ashby Ave., Ste 102<br>Berkley, CA 94705-2439 | Merchants Capital Access, LLC<br>c/o Mark A. Gilbert<br>Coleman Talley LLP<br>P.O. Box 5437<br>Valdosta, GA 31603-5437 |
| DIN MARKETING & ROASTIN LTD<br>18 MORESHET ISRAEL<br>RISHON LESION, 75755 ISRAEL | HEARTLAND BUSINESS GROUP<br>1003 CENTRAL AVENUE<br>FORT DODGE, IA 50501-4042 | Merchants Capital Access, LLC<br>525 Broadhollow Road<br>Melville, NY 11747-3718 |
| ED COLLIER<br>ATTORNEY AT LAW<br>177 S MAIN STREET<br>DAWSON, GA 39842-1425 | HOLLY SUN DEVELOPMENT<br>C/O J. SHANE HUDSON, ATTY AT LAW<br>PO BOX 1165<br>TIFTON, GA 31793-1165 | Merritt Pecan Company<br>c/o David A. Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>Post Office Drawer 71727<br>Albany, Georgia 31708-1727 |
| EDWARD NISSAN<br>MONARCH COMMODITY EXPORTS<br>98 CUTTERMILL ROAD; STE 344 S<br>GREAT NECK, NY 11021-3036 | J. SHANE HUDSON<br>SIMS, FLEMING, HUDSON & CROSBY<br>PO BOX 1165<br>TIFTON, GA 31793-1165 | MERRITT PECAN COMPANY<br>PO BOX 39<br>WESTON, GA 31832-0039 |
| GEORGIA DEPARTMENT OF<br>19 MARTIN LUTHER KING JR DR SW<br>ROOM 218<br>ATLANTA , GA 30334-9014 | JANICE CRAFT<br>PO BOX 972<br>SUMNER, GA 31789-0972 | Merritt Pecan Company<br>c/o Edgar W. Duskin, Jr.<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>Post Office Drawer 71727<br>Albany, Georgia 31708-1727 |
| Georgia Pecan Company LLC<br>710 Ashburn Hwy<br>PO Box 410<br>Sylvester, GA 31791-0410 | Janice Powell Craft<br>P.O. Box 2916<br>Broken Arrow, OK 74013-2916 | MIKE SHAMI LTD<br>18 MORESHET ISRAEL<br>RISHON LEZION, 75755 ISRAEL |

Mike Shami Ltd.
P. O. Box 17135
Rishon Lezion 75070
$$$ ISRAEL

W. RICHARD BARNHILL
MAZURE & HOCKMANN, INC
PO BOX 991
ALBANY, GA 31702-0991

MILLER PECAN FARMS INC
25097 CR 381
DEWITT, MO 64639-7119

Walter W Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708-0879

MONARCH COMMODITY EXPORTS
C/O J. SHANE HUDSON, ATTY AT LAW
PO BOX 1165
TIFTON, GA 31793-1165

WIN MILLION DEVELOPMENT
C/O DOUGLAS L. BROOKS PC
PO BOX 8477
ATLANTA, GA 31106-0477

SCOTT CRAFT
PO BOX 972
SUMNER, GA 31789-0972

Win Million Development (HK) Ltd.
SGA Collections Inc.
4700 NW Boca Raton Blvd #201
Boca Raton, FL 33431-4878

SGA COLLECTIONS
4700 NW BOCA RATON BLVD
SUITE 201
BOCA RATON, Florida 33431

Win Million Development, Ltd.
c/o J.L. King, II
P.O. Box 1165
Tifton, GA 31793-1165

SGA COLLECTIONS
4700 NW 2ND AVE STE 201
BOCA RATON FL 33431-4158

Shelba Sellers
Sellers & Mitchell, P.C.
Post Office Box 1157
Thomasville, GA 31799-1157

TAMMY MERRITT
PO BOX 39
WESTON, GA 31832-0039

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

VIETNAM GOLDEN GATE TRADE
C/O HALL, BOOTH, SMITH ET AL
191 PEACHTREE STREET, SUITE 2900
ATLANTA, GA 30303-1775